**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

ELMER ALMICAR LOPEZ RAMIREZ,

           Petitioner,

v.

ANTONE MONIZ, Superintendent, Plymouth County
Correctional Facility; PATRICIA HYDE, Field Office
Director; TODD LYONS, Acting Director U.S.
Immigrations and Customs Enforcement, and KRISTI
NOEM, U.S. Secretary of Homeland Security, PAMELA
BONDI, U.S. Attorney General, DONALD J. TRUMP,
U.S. President,

           Respondents.

CA No.: 1:25-CV-12749-DJC

---

**STATUS REPORT AND REQUEST FOR DISMISSAL AS MOOT**

Pursuant to this Court's Orders (Doc. No.: 13 and 14), Respondents respectfully provide the Court with the following status update:

1.    A bond hearing was held on November 10, 2025. Petitioner was released from custody on November 12, 2025 under bond of $8,000.  Considering the above, the Petition should be dismissed as moot.  *See Cruz v. Farquharson*, 252 F.3d 530, 533 (1st Cir. 2001) ("When a case is moot—that is, when the issues presented are no longer live or when the parties lack a legally cognizable interest in the outcome— a case or controversy ceases to exist, and dismissal of the action is compulsory.").

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: May 20, 2026          By:   */s/ Michael Sady*
                                  Michael Sady
                                  Assistant United States Attorney

United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.:(617) 748-3100
Email: michael.sady@usdoj.gov

## CERTIFICATE OF SERVICE

I, Michael Sady, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 20, 2026                    By:    */s/ Michael Sady*
                                              Michael Sady
                                              Assistant United States Attorney